**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 799 |
| | : | |
| APPOINTMENT TO THE | : | SUPREME COURT RULES DOCKET |
| JUDICIAL CONDUCT BOARD | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 26th day of July, 2019, the Honorable Renée Cohn Jubelirer, Centre County, is hereby appointed as a member of the Judicial Conduct Board for a term of four years, commencing August 31, 2019.

 Justice Dougherty did not participate in this matter.